OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The People’s sole argument is that a prejudice standard, rather than the per se error rule, should apply to
 
 Rosario
 
 violations raised by CPL 440.10 motions made before defendant’s direct appeal is concluded
 
 (see also, People v Machado,
 
 90 NY2d 187 [decided today]). Having failed to raise this specific issue before the hearing court, the People have not preserved their claim for our review.
 

 Chief Judge Kaye and Judges Titone, Bellacosa, Smith, Levine, Ciparick and Wesley concur.
 

 Order affirmed in a memorandum.